AO 10*
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dorsey, Jennifer A. | US District Court - Nevada | 06/30/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South
Las Vegas, Nevada 89101

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ▨ Trust #1 |
| 2. Adjunct Professor (Part-Time) | William S. Boyd School of Law at University of Nevada, Las Vegas |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dorsey, Jennifer A.** | 06/30/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | William S. Boyd School of Law at University of Nevada, Las Vegas - Adjunct Professor | $3,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Ainsworth Game Technology - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Nevada | June 26, 2019 - June 28, 2019 | Vail, Colorado | State Bar of Nevada Bar Association Annual Meeting (Instructor - Trial Academy) | Transportation and lodging |
| 2. | Howard McKibben Chapter - Inn of Court | October 26, 2019 | Washington, D.C. | Ameircan Inns of Court - Annual Awards Dinner | Dinner Ticket |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 06/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Series EE Savings Bonds | A | Interest | J | T | | | | | |
| 2. 529 Accounts (H) | | | | | | | | | |
| 3. - American Funds Growth Fund of America 529 | A | Interest | L | T | Sold (part) | 08/13/19 | J | | |
| 4. - American Funds Capital World Bond Fund 529 | A | Interest | J | T | | | | | |
| 5. - American Funds EuroPacific Growth Fund 529 | A | Interest | J | T | Sold (part) | 01/07/19 | J | | |
| 6. - American Funds New World Fund 529 | A | Interest | J | T | | | | | |
| 7. - American Funds US Govt Sec Fund 529 (Y) | | | | | | | | | |
| 8. - American Funds Fund of America 529 | A | Interest | J | T | Sold (part) | 08/13/19 | J | | |
| 9. Trust # 1 Accounts | | | | | | | | | |
| 10. - Wells Fargo Cash Accounts | A | Interest | M | T | | | | | |
| 11. - Wells Fargo Advisors Cash Accounts | B | Interest | N | T | | | | | |
| 12. Stocks/Equities (H) | | | | | | | | | |
| 13. - AES Corp stock | A | Dividend | | | Sold | 03/26/19 | J | | |
| 14. - Alibaba Group Holding stock | A | Dividend | J | T | Buy | 05/23/19 | J | | |
| 15. | | | | | Buy (add'l) | 12/05/19 | J | | |
| 16. - Alphabet Inc. Class A stock (f/k/a Google) | A | Dividend | L | T | Buy (add'l) | 05/23/19 | J | | |
| 17. | | | | | Buy (add'l) | 06/11/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Altria Group Inc stock | A | Dividend | | | Sold | 01/03/19 | J | | |
| 19.  - Amazon Com stock | A | Dividend | K | T | Buy (add'l) | 05/23/19 | J | | |
| 20. | | | | | Buy (add'l) | 12/05/19 | J | | |
| 21.  - American Intl Gp Inc (new) stock | A | Dividend | | | Sold | 03/26/19 | J | | |
| 22.  - Amgen Inc stock | A | Dividend | J | T | Buy | 03/06/19 | J | | |
| 23. | | | | | Buy (add'l) | 12/03/19 | J | | |
| 24.  - Amphenol Corp New Class A stock | A | Dividend | J | T | | | | | |
| 25.  - Anadarko Pete stock | A | Dividend | | | Sold | 03/26/19 | J | | |
| 26.  - Anthem Inc stock | A | Dividend | K | T | Buy (add'l) | 03/04/19 | J | | |
| 27. | | | | | Buy (add'l) | 04/15/19 | J | | |
| 28. | | | | | Buy (add'l) | 04/17/19 | J | | |
| 29.  - Apple Inc stock | A | Dividend | L | T | Buy (add'l) | 03/14/19 | J | | |
| 30. | | | | | Buy (add'l) | 03/26/19 | J | | |
| 31. | | | | | Buy (add'l) | 05/23/19 | J | | |
| 32. | | | | | Buy (add'l) | 12/03/19 | J | | |
| 33. | | | | | Sold (part) | 05/10/19 | J | | |
| 34. | | | | | Sold (part) | 10/30/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Applied Materials Inc stock | A | Dividend | | | Sold | 03/26/19 | J | | |
| 36.   - Baxter Intl Inc stock | A | Dividend | | | Sold (part) | 03/26/19 | J | | |
| 37. | | | | | Sold | 05/10/19 | J | | |
| 38.   - Becton Dickinson & Co stock | A | Dividend | J | T | Buy (add'l) | 01/29/19 | J | | |
| 39.   - Berkshire Hathaway Class B stock | A | Dividend | | | Sold | 05/15/19 | J | | |
| 40.   - Biogen Inc stock | A | Dividend | K | T | Buy | 03/21/19 | J | | |
| 41. | | | | | Buy (add'l) | 05/23/19 | J | | |
| 42. | | | | | Buy (add'l) | 12/03/19 | J | | |
| 43.   - Boeing Inc stock | A | Dividend | K | T | Buy (add'l) | 03/11/19 | J | | |
| 44. | | | | | Buy (add'l) | 03/18/19 | J | | |
| 45. | | | | | Buy (add'l) | 03/26/19 | J | | |
| 46. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 47. | | | | | Buy (add'l) | 05/23/19 | J | | |
| 48. | | | | | Buy (add'l) | 12/03/19 | J | | |
| 49. | | | | | Buy (add'l) | 12/16/19 | J | | |
| 50. | | | | | Sold (part) | 05/10/19 | J | | |
| 51.   - Booking Holdings stock (fka Priceline Group) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Bristol Myers Squibb Co stock | A | Dividend | | | Sold (part) | 03/26/19 | J | | |
| 53. | | | | | Sold | 05/10/19 | J | | |
| 54. - Broadridge Financial Solution LLC stock | A | Dividend | J | T | Buy (add'l) | 03/25/19 | J | | |
| 55. - CSX Corp stock | A | Dividend | | | Sold | 03/26/19 | J | | |
| 56. - CVS Health Corp stock | A | Dividend | J | T | Buy (add'l) | 12/09/19 | J | | |
| 57. - Cerner Corp stock | A | Dividend | | | Sold | 03/01/19 | J | | |
| 58. - Check Point Software Tech Ltd stock | A | Dividend | J | T | | | | | |
| 59. - Chevron Corp stock | A | Dividend | | | Sold | 05/10/19 | J | | |
| 60. - Cognizant Tech Solutions stock | A | Dividend | | | Sold | 07/18/19 | J | | |
| 61. - ConocoPhillips stock | A | Dividend | K | T | Buy (add'l) | 03/26/19 | J | | |
| 62. | | | | | Buy (add'l) | 05/23/19 | J | | |
| 63. | | | | | Sold (part) | 05/10/19 | J | | |
| 64. - Constellation Brands stock | A | Dividend | K | T | Buy | 03/01/19 | J | | |
| 65. | | | | | Buy (add'l) | 03/06/19 | J | | |
| 66. - Corning Inc stock | A | Dividend | | | Sold | 03/26/19 | J | | |
| 67. - Walt Disney Co Holding Company stock | B | Dividend | L | T | Buy (add'l) | 03/26/19 | J | | |
| 68. | | | | | Buy (add'l) | 05/23/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | Buy (add'l) | 12/03/19 | J | | |
| 70. | | | | | | Sold (part) | 05/10/19 | J | | |
| 71. | - Dollar Tree Inc stock | A | Dividend | J | T | Buy (add'l) | 12/09/19 | J | | |
| 72. | | | | | | Sold (part) | 01/24/19 | J | | |
| 73. | | | | | | Sold (part) | 10/09/19 | J | | |
| 74. | - Ecolab Inc stock | A | Dividend | | | Sold (part) | 04/26/19 | J | | |
| 75. | | | | | | Sold | 07/30/19 | J | | |
| 76. | - FMC Corp stock | A | Dividend | | | Sold | 03/26/19 | J | | |
| 77. | - Facebook Inc Class A stock | B | Dividend | L | T | Buy (add'l) | 05/23/19 | J | | |
| 78. | | | | | | Buy (add'l) | 12/03/19 | J | | |
| 79. | - Fastenal Co stock | A | Dividend | | | Sold | 02/07/19 | J | | |
| 80. | - Fleetcor Technologies stock | A | Dividend | J | T | | | | | |
| 81. | - Fortune Brands Home & Sec Inc stock | A | Dividend | J | T | Buy (add'l) | 05/15/19 | J | | |
| 82. | - Freeport-McMoran Class B stock | A | Dividend | | | Sold | 03/26/19 | J | | |
| 83. | - Halliburton Co stock | A | Dividend | | | Sold | 03/26/19 | J | | |
| 84. | - Honeywell International Inc stock | A | Dividend | | | Sold (part) | 03/26/19 | J | | |
| 85. | | | | | | Sold | 05/10/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Humana Inc stock | A | Dividend | | | Sold | 03/26/19 | J | | |
| 87. - Intel Corp stock | A | Dividend | K | T | Buy (add'l) | 03/26/19 | J | | |
| 88. | | | | | Buy (add'l) | 05/23/19 | J | | |
| 89. | | | | | Sold (part) | 05/10/19 | J | | |
| 90. - Intuit Inc stock | A | Dividend | J | T | | | | | |
| 91. - Johnson & Johnson stock | A | Dividend | J | T | Buy (add'l) | 03/26/19 | J | | |
| 92. | | | | | Sold (part) | 05/10/19 | J | | |
| 93. - Littlefuse Inc stock | A | Dividend | J | T | | | | | |
| 94. - Lockheed Martin Corp stock | A | Dividend | J | T | Buy (add'l) | 03/26/19 | J | | |
| 95. | | | | | Buy (add'l) | 12/03/19 | J | | |
| 96. | | | | | Sold (part) | 05/10/19 | J | | |
| 97. - Lowes Companies Inc stock | A | Dividend | J | T | Sold (part) | 03/26/19 | J | | |
| 98. - Marathon Petroleum Corp stock | A | Dividend | | | Sold | 03/26/19 | J | | |
| 99. - Markel Corp (Holding Co) stock | A | Dividend | J | T | Buy (add'l) | 05/15/19 | J | | |
| 100. - Mastercard Inc stock | A | Dividend | J | T | | | | | |
| 101. - Merck & Co Inc stock | A | Dividend | J | T | | | | | |
| 102. - Metlife Incorporated stock | A | Dividend | | | Sold | 03/26/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Microsoft Corp stock | A | Dividend | K | T | Buy (add'l) | 03/26/19 | J | | |
| 104. | | | | | Buy (add'l) | 05/23/19 | J | | |
| 105. | | | | | Buy (add'l) | 12/03/19 | J | | |
| 106. | | | | | Sold (part) | 05/10/19 | J | | |
| 107.  - Middleby Corp stock | A | Dividend | J | T | | | | | |
| 108.  - Morgan Stanley stock | A | Dividend | | | Sold | 03/26/19 | J | | |
| 109.  - Nextera Energy Inc stock | A | Dividend | | | Sold (part) | 03/26/19 | J | | |
| 110. | | | | | Sold | 05/10/19 | J | | |
| 111.  - Netflix stock | A | Dividend | J | T | Buy | 07/18/19 | J | | |
| 112. | | | | | Buy (add'l) | 12/03/19 | J | | |
| 113.  - Nike Inc stock | A | Dividend | K | T | Buy (add'l) | 03/22/19 | J | | |
| 114. | | | | | Buy (add'l) | 05/23/19 | J | | |
| 115.  - Novo Nordisk A/S ADR stock | A | Dividend | | | Sold | 02/07/19 | J | | |
| 116.  - Nvidia Corp stock | A | Dividend | J | T | | | | | |
| 117.  - Philip Morris Intl Inc stock | A | Dividend | | | Sold (part) | 03/26/19 | J | | |
| 118. | | | | | Sold | 05/10/19 | J | | |
| 119.  - Phillips 66 stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Qualcomm Inc stock | A | Dividend | | | Sold | 03/26/19 | J | | |
| 121. - Qurate Retail Inc series A stock | A | Dividend | | | Buy (add'l) | 03/14/19 | J | | |
| 122. | | | | | Sold | 03/26/19 | J | | |
| 123. - S&P Global Inc. stock | A | Dividend | J | T | | | | | |
| 124. - Sherwin Williams Company stock | A | Dividend | J | T | Sold (part) | 10/11/19 | J | | |
| 125. - TJX Cos Inc stock | A | Dividend | J | T | | | | | |
| 126. - Technipfmc Ltd stock | A | Dividend | | | Sold | 03/26/19 | J | | |
| 127. - Teradata Corp stock | A | Dividend | | | Sold | 03/26/19 | J | | |
| 128. - Thermo Fisher Scientific stock | A | Dividend | J | T | Buy | 02/07/19 | J | | |
| 129. - Tyson Foods Inc stock | A | Dividend | | | Sold | 03/26/19 | J | | |
| 130. - Ulta Beauty stock (X) | A | Dividend | J | T | | | | | |
| 131. - Union Pacific Corp stock | A | Dividend | J | T | Sold (part) | 05/10/19 | J | | |
| 132. - UnitedHealth Group stock | A | Dividend | K | T | Buy | 04/17/19 | J | | |
| 133. | | | | | Buy (add'l) | 05/23/19 | J | | |
| 134. - United Technologies Corp stock | A | Dividend | | | Sold | 03/26/19 | J | | |
| 135. - Unumprovident Corp stock | A | Dividend | | | Sold | 03/26/19 | J | | |
| 136. - US Foods Holding Corp stock | A | Dividend | J | T | Buy | 10/21/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Valero Energy CP stock | A | Dividend | | | Sold (part) | 03/26/19 | J | | |
| 138. | | | | | Sold | 05/10/19 | J | | |
| 139. - Verizon Communications stock | A | Dividend | | | Sold | 03/26/19 | J | | |
| 140. - Visa Inc stock | A | Dividend | K | T | Buy (add'l) | 05/23/19 | J | | |
| 141. - Wells Fargo & Co stock | A | Dividend | J | T | Buy | 09/19/19 | J | | |
| 142. - Western Alliance Bancorp stock | A | Dividend | J | T | | | | | |
| 143. - Williams Co Inc stock | A | Dividend | | | Sold | 03/26/19 | J | | |
| 144. - Zebra Technologies stock | A | Dividend | J | T | Buy | 08/07/19 | J | | |
| 145. | | | | | Buy (add'l) | 10/25/19 | J | | |
| 146. ETF/Equity Index Holdings (H) | | | | | | | | | |
| 147. - BCS Trigger Plus on SPX (MS ISSUE) | A | Int./Div. | M | T | | | | | |
| 148. - MS Dual Directional Trigger on SPX (MS ISSUE) | A | Int./Div. | K | T | | | | | |
| 149. - Calamos Mkt Neutral ETF | A | Int./Div. | K | T | Buy | 03/22/19 | K | | |
| 150. - Invesco (fka Guggenhem) S&P 500 Equal Weight ETF | A | Dividend | K | T | Sold (part) | 06/12/19 | J | | |
| 151. - First Trust Developing Market ETF | A | Int./Div. | J | T | Buy | 01/25/19 | J | | |
| 152. | | | | | Buy (add'l) | 12/03/19 | J | | |
| 153. - First Trust Value Div IDX ETF | A | Int./Div. | N | T | Buy (add'l) | 02/28/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | Buy (add'l) | 03/22/19 | K | | |
| 155. | | | | | Buy (add'l) | 03/26/19 | L | | |
| 156. | | | | | Buy (add'l) | 05/10/19 | L | | |
| 157. - First Trust Low Duration ETF | A | Int./Div. | J | T | Buy | 06/12/19 | J | | |
| 158. - First Trust Mld CP Cor AlphaDX ETF | A | Int./Div. | M | T | | | | | |
| 159. - First Trust Senior Loan ETF | A | Int./Div. | J | T | | | | | |
| 160. - O'Shares FTSE US Quality ETF | A | Dividend | J | T | | | | | |
| 161. - IShares Core S&P Total US Stock ETF | A | Dividend | K | T | | | | | |
| 162. - IShares Floating Rate Bond ETF | A | Int./Div. | J | T | Buy | 01/08/19 | J | | |
| 163. - IShares TIPS Bond ETF | B | Int./Div. | | | Sold | 03/26/19 | K | | |
| 164. - IShares SP Smallcap 600 Index ETF | A | Int./Div. | | | Sold | 01/08/19 | J | | |
| 165. - IShares Short Maturity Bond ETF | A | Int./Div. | J | T | Buy | 01/08/19 | J | | |
| 166. | | | | | Buy (add'l) | 06/12/19 | J | | |
| 167. - IShares Short Term Corp Bond ETF | A | Int./Div. | J | T | Buy | 05/08/19 | J | | |
| 168. | | | | | | | | | |
| 169. - IShares MSCI Emerging Markets ETF | A | Int./Div. | | | Sold | 07/09/19 | J | | |
| 170. - IShares MSCI USA Min Vol ETF | A | Int./Div. | K | T | Sold (part) | 01/08/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - IShares MSCI Brazil ETF | A | Int./Div. | K | T | Buy | 01/25/19 | J | | |
| 172. | | | | | Buy (add'l) | 01/28/19 | J | | |
| 173. | | | | | Buy (add'l) | 02/07/19 | K | | |
| 174. | | | | | Buy (add'l) | 04/17/19 | J | | |
| 175. - IShares MSCI BRIC ETF | A | Dividend | K | T | Buy | 01/25/19 | J | | |
| 176. | | | | | Buy (add'l) | 01/28/19 | J | | |
| 177. | | | | | Buy (add'l) | 02/07/19 | K | | |
| 178. | | | | | Sold (part) | 08/05/19 | J | | |
| 179. - IShares MSCI Italy ETF | A | Int./Div. | K | T | Buy | 01/25/19 | J | | |
| 180. | | | | | Buy (add'l) | 01/28/19 | J | | |
| 181. | | | | | Buy (add'l) | 02/07/19 | J | | |
| 182. - IShares MSCI Russia ETF | A | Int./Div. | J | T | Buy | 01/25/19 | J | | |
| 183. - IShares MSCI US Quality Fac ETF | A | Int./Div. | | | Sold | 02/05/19 | J | | |
| 184. - JP Morgan Ultra-Short ETF | A | Int./Div. | J | T | Buy | 03/12/19 | J | | |
| 185. | | | | | Buy (add'l) | 05/08/19 | J | | |
| 186. - Mainstay Def Term Muni Opp ETF | A | Int./Div. | L | T | Buy (add'l) | 12/03/19 | K | | |
| 187. - Invesco (fka) Powershares QQQ ETF | A | Int./Div. | | | Sold | 05/08/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - SPDR Bloomberg Investment Grade ETF | A | Int./Div. | J | T | Buy | 02/05/19 | J | | |
| 189.  - SPDR Portf Emerging Markets ETF | A | Dividend | J | T | Buy | 02/05/19 | J | | |
| 190.  - SPDR Gold Tr Gold ETF | A | Int./Div. | K | T | Buy (add'l) | 12/03/19 | J | | |
| 191.  - SPDR S&P Midcap 400 ETF | A | Dividend | | | Sold (part) | 01/08/19 | J | | |
| 192. | | | | | Sold | 05/08/19 | J | | |
| 193.  - Vaneck Vectors Gold Miners ETF | A | Dividend | J | T | | | | | |
| 194.  - Vanguard Index FDS S&P 500 ETF | A | Dividend | J | T | | | | | |
| 195.  - Wisdomtree Europe Hedged Equity ETF | A | Dividend | J | T | | | | | |
| 196. Mutual Funds (H) | | | | | | | | | |
| 197.  - American Century Emerg Mkts Inv Fund | B | Int./Div. | K | T | Buy (add'l) | 05/10/19 | J | | |
| 198. | | | | | Sold (part) | 03/26/19 | L | | |
| 199.  - American Infl Linked Bond Fund Fund | B | Int./Div. | | | Sold | 03/22/19 | L | | |
| 200.  - Blackrock Inflation Protect Bond Fund | A | Int./Div. | | | Sold | 03/26/19 | K | | |
| 201.  - Columbia Dividend Inc Z Fund | B | Int./Div. | | | Sold (part) | 02/28/19 | K | | |
| 202. | | | | | Sold | 03/26/19 | L | | |
| 203.  - Columbia Sel Large Cap Value Z Fund | B | Int./Div. | | | Sold (part) | 01/07/19 | J | | |
| 204. | | | | | Sold | 02/28/19 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - Franklin Gold & Precious Metals Fund | A | Int./Div. | M | T | Buy (add'l) | 01/04/19 | K | | |
| 206. | | | | | Buy (add'l) | 05/10/19 | J | | |
| 207.  - Goldman Sachs SMCP Eq Insight | B | Interest | | | Buy (add'l) | 01/07/19 | J | | |
| 208. | | | | | Sold | 05/10/19 | L | | |
| 209.  - Ivy Intl Core Equity I | B | Interest | | | Sold (part) | 01/04/19 | J | | |
| 210. | | | | | Sold (part) | 03/22/19 | K | | |
| 211. | | | | | Sold | 03/26/19 | L | | |
| 212.  - Clearbridge Aggressive Growth I | A | Interest | | | Sold (part) | 03/26/19 | K | | |
| 213. | | | | | Sold | 05/10/19 | K | | |
| 214.  - Clearbridge Large Cap Growth I | B | Int./Div. | M | T | Buy | 01/07/19 | J | | |
| 215. | | | | | Buy (add'l) | 03/26/19 | L | | |
| 216. | | | | | Buy (add'l) | 05/10/19 | L | | |
| 217.  - First Trust Preferred Sec & Inc Index | B | Interest | | | Sold | 12/16/19 | L | | |
| 218.  - Lord Abbett Flt Rt Fund | B | Interest | | | Buy (add'l) | 02/05/19 | J | | |
| 219. | | | | | Sold (part) | 01/04/19 | K | | |
| 220. | | | | | Sold (part) | 02/07/19 | L | | |
| 221. | | | | | Sold | 02/08/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Lord Abbett Ultra Short Bond Fund | B | Int./Div. | | | Sold | 09/12/19 | L | | |
| 223. - Mainstay Tax Free Bond I | A | Interest | K | T | Buy (add'l) | 12/03/19 | J | | |
| 224. - Nuveen Muni Tot Ret Mngd Accts | A | Interest | M | T | Sold (part) | 09/23/19 | J | | |
| 225. - Oppenheimer Intl Small-Mid Co | A | Interest | K | T | Buy (add'l) | 05/10/19 | J | | |
| 226. - Prudential Jennison SM Comp Z | A | Interest | M | T | Buy (add'l) | 01/07/19 | J | | |
| 227. | | | | | Buy (add'l) | 05/10/19 | L | | |
| 228. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 229. - Prudential Jennison Global Opportunities | A | Interest | M | T | Buy | 03/22/19 | K | | |
| 230. | | | | | Buy (add'l) | 03/26/19 | M | | |
| 231. | | | | | Buy (add'l) | 05/10/19 | J | | |
| 232. - Virtus Vontobel Foreign Opportunity I | A | Interest | | | Sold | 03/26/19 | J | | |
| 233. - Western Asset Core Plus BD I NBR | B | Interest | M | T | Buy (add'l) | 01/04/19 | K | | |
| 234. | | | | | Buy (add'l) | 03/26/19 | J | | |
| 235. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 236. - Western Asset Int Term Muni | A | Interest | M | T | | | | | |
| 237. Fixed Income/Bonds (H) | | | | | | | | | |
| 238. - Chaseflex Trust 2005-1 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - NAA 2006-AP1 | A | Interest | J | T | | | | | |
| 240. - Bexar County TX Hospital Dist | A | Interest | J | T | | | | | |
| 241. - Boone Cnty Ky School Dist | A | Interest | J | T | | | | | |
| 242. - Dallas Fort Worth Intl Airport | A | Interest | J | T | | | | | |
| 243. - Escambia County FL Cap Improv | A | Interest | J | T | | | | | |
| 244. - Geisinger Auth PA Health System | A | Interest | J | T | | | | | |
| 245. - Kentucky St Prop & Bldgs Comm Rev Ref Proj 100-A | A | Interest | | | Sold | 04/18/19 | K | | |
| 246. - Las Vegas Valley Water Dist | A | Interest | J | T | | | | | |
| 247. - New York City Trans Fin Auth | A | Interest | J | T | | | | | |
| 248. - North Texas Twy Auth | A | Interest | J | T | | | | | |
| 249. - Ohio State Infrastr Impt | A | Interest | K | T | | | | | |
| 250. - Pearland Texas Water & Sewer | A | Interest | J | T | | | | | |
| 251. - Port Auth NY & NJ Consolidated Rev | A | Interest | K | T | | | | | |
| 252. - AZ State Board of Regents | A | Interest | J | T | Buy | 04/24/19 | J | | |
| 253. - OK State Capitol Repair Project | A | Interest | J | T | Buy | 09/24/19 | J | | |
| 254. - University of MN General Obligation | A | Interest | J | T | Buy | 04/25/19 | J | | |
| 255. ▢ Bank Accounts (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  - Wells Fargo Cash Accounts | A | Interest | J | T | | | | | |
| 257.  - Chase Bank Cash Account | A | Interest | J | T | | | | | |
| 258. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 06/30/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

- Trust #1 notation includes all relevant investment, brokerage and retirements accounts held via ▬▬▬ trust (filer and spouse being co-trustees) and/or beneficiary at Wells Fargo Advisors as of 12/31/19.  Holdings are included under Trust #1 and itemized individually for ease of reference.

- Holdings in Part VII are managed by Filer's financial advisor now at Wells Fargo Advisors, who departed Morgan Stanley Smith Barney during 2019.  The relevant holdings and asset classifications remained the same, but this move explains the location change for cash accounts within investment portfolios.

- Filer lists checking/savings accounts at lines 255-257 belonging to ▬▬▬▬▬▬ that are above the applicable reporting threshold.

`

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jennifer A. Dorsey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544